2:04-306 PMD-1

To patrick Duffy

I'm writting you Concerning the
New Crack law. Does my Case fit the
Requirment. I had Crack in my initional
Case  Could you please write Back
and let me know if I'm eligible
for the reduction.

**DENIED**

Thank SiR

PATRICK MICHAEL DUFFY
United States District Judge

April 19, 2012

MR. Duffy